DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

7 MARCH 2013

| 034P13 | Deylan T. Grier, by and through his Guardian Ad Litem, Leslie A. Brown and Leslie A. Brown, Individually v. Donna L. Guy, Robin Jenkins, and Leroy Jenkins, Jr. | Def's (Robin Jenkins) PDR Under N.C.G.S. § 7A-31 (COA12-416) | Denied<br><br><br><br><br><br>**Beasley, J. Recused** |
|---|---|---|---|
| 037P13 | State v. Tamara McDaniel Bean | 1. Def's NOA Based Upon a Constitutional Question (COA12-697)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31 | 1. See Special Order<br><br>2. See Special Order<br><br>**Beasley, Jr. Recused** |
| 038P13 | Matthew Jenner and Julia Markson v. Ecoplus, Inc. | Def's PDR under N.C.G.S. § 7A-31 (COA12-719) | Denied |
| 040P13 | In the Matter of: L.M.T., A.M.T. | 1. Petitioners' (Cumberland County DSS; Guardian ad Litem) Motion for Temporary Stay (COA12-743)<br><br>2. Petitioners' (Cumberland County DSS; Guardian ad Litem) Petition for *Writ of Supersedeas*<br><br>3. Petitioners' (Cumberland County DSS; Guardian ad Litem) PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/22/13**<br><br>2. Allowed<br><br>3. Allowed |
| 042P13 | State v. Caleb Nathaniel Brown | Def's PDR Under N.C.G.S. § 7A-31 (COA12-84) | Denied |
| 048P13 | The Town of Sandy Creek, Plaintiff v. East Coast Contracting, Inc., Michael D. Hobbs, Engineering Services, PA, Charles David Dickerson, Todd S. Steele and RLI Insurance Company, Defendants and East Coast Contracting, Inc., Third-Party Plaintiff v. The City of Northwest, Third-Party Defendant | 1. Third-Party Def's PDR Under N.C.G.S. § 7A-31 (COA12-561)<br><br>2. Third-Party Plt's (East Coast Contracting, Inc. and Engineering Services, PA) Conditional PDR Under N.C.G.S. § 7A-31 | 1. See Special Order<br><br>2. See Special Order |